# MEMORANDUM DECISIONS

BALTIMORE & O. R. CO. v. LAMBERT RUN COAL CO. (Circuit Court of Appeals, Fourth Circuit. August 12, 1920.) No. 1846. Appeal from the District Court of the United States for the Northern District of West Virginia, at Philippi. Herbert R. Preston and A. Hunter Boyd, Jr., both of Baltimore, Md., and Geo. M. Hoffheimer, of Clarksburg, W. Va., for appellant. Rush C. Butler and Frank E. Harkness, both of Chicago, Ill., John A. Howard, of Wheeling, W. Va., Blackburn Esterline, Sp. Asst. Atty. Gen., and P. J. Farrell, Chief Counsel Interstate Commerce Commission, of Washington, D. C., for appellee.

PER CURIAM. Decree of District Court (267 Fed. 776) reversed. Order allowing appeal to Supreme Court filed September 10, 1920.

---

CHICAGO BONDING & SURETY CO. v. CENTRAL DREDGING CO. (Circuit Court of Appeals, Sixth Circuit. January 6, 1921.) No. 3424. In Error to the District Court of the United States for the Eastern Division of the Northern District of Ohio; D. C. Westenhaver, Judge. Bulkley, Hauxhurst, Saeger & Jamison, of Cleveland, Ohio, for plaintiff in error. Calfee, Fogg & White, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.

---

DULUTH REFINING CO. et al. v. OWEN et al. (Circuit Court of Appeals, Eighth Circuit. April 8, 1921.) No. 5848. Appeal from the District Court of the United States for the Eastern District of Oklahoma. James J. Mars, of Sapulpa, Okl., for appellants. Irwin Donovan, of Muskogee, Okl., for appellees.

PER CURIAM. Appeal docketed and dismissed, with costs, under rule 16 (188 Fed. xi, 109 C. C. A. xi), on motion of appellees.

---

ERIE R. CO. v. HODGES. (Circuit Court of Appeals, Sixth Circuit. March 8, 1921.) No. 3490. In Error to the District Court of the United States for the Eastern Division of the Northern District of Ohio; D. C. Westenhaver, Judge. Cook, McGowan, Foote, Bushnell & Lamb, of Cleveland, Ohio, and Hine, Kennedy, Manchester, Conroy & Ford, of Youngstown, Ohio, for plaintiff in error. Anderson, Lamb & Osborne, of Youngstown, Ohio, and J. J. Tetlow, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.

---

ERIE R. CO. v. HODGES. (Circuit Court of Appeals, Sixth Circuit. March 8, 1921.) No. 3491. In Error to the District Court of the United States for the Eastern Division of the Northern District of Ohio; D. C. Westenhaver, Judge. Cook, McGowan, Foote, Bushnell & Lamb, of Cleveland, Ohio, and Hine, Kennedy, Manchester, Conroy & Ford, of Youngstown, Ohio, for plaintiff in error. Anderson, Lamb & Osborne, of Youngstown, Ohio, and J. J. Tetlow, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.

---

ESCOLAR v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. April 6, 1921.) No. 3647. In Error to the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge. Diego Escolar